IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL NELSON, | No. 4:22-CV-00686 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| C. HAUSER, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 27th day of October 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motions (Docs. 15, 16, 24, 33, 40) for a temporary restraining order and various forms of preliminary injunctive relief are **DENIED**.

2. Plaintiff's motion (Doc. 22) for a hearing for his motion for a temporary restraining order is **DISMISSED** as moot in light of paragraph one above.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge