IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL NELSON, | No. 4:22-CV-00686 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| C. HAUSER, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 12th day of December 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motions (Docs. 119, 122) for summary judgment pursuant to Federal Rule of Civil Procedure 56 are **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of defendants C. Hauser, Yarisa Polanco, Marissa Redick, Angela Landmesser, and Amy Silinskie and against plaintiff Michael Nelson as to all Section 1983 claims.

3. The Clerk of Court is further directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge